Opinion issued August 27, 2009 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00614-CV

____________


SCOTT COVINGTON, INDIVIDUALLY AND D/B/A THE PIANO
MOVERS, Appellant


V.


AT&T ADVERTISING, L.P., Appellee






On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 926617101






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss the appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate contemporaneously with the issuance of the judgment in
this case. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.